UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KATHRYN HOLEMAN OBO JASON BOYLE, | ) ) ) | CASE NO. ED CV 13-02169 RZ |
| Plaintiff, | ) ) | JUDGMENT |
| vs. | ) ) | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) ) ) | |
| Defendant. | ) ) | |

In accordance with the Memorandum Opinion and Order filed conncurently herewith,

IT IS ORDERED AND ADJUDGED that the decision of the Commissioner of Social Security is reversed, and the matter is remanded to the Commissioner for the awarding of benefits.

Dated: December 29, 2014

_____
RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE