1  Manuel D. Serpa, Calif. Bar No. 174182
2  LAW OFFICES OF HARRY J. BINDER
   AND CHARLES E. BINDER, P.C.
3  770 The City Drive South Suite 2000
   Orange, CA 92868
4  Phone (714) 564-8644
5  Fax   (714) 940-0311
   Email:  manuel.serpa@binderlawfirm.com
6  Attorneys for Plaintiff Kathryn Holeman obo Jason Boyle

7                    UNITED STATES DISTRICT COURT

8                    CENTRAL DISTRICT OF CALIFORNIA

9

10

11  KATHRYN HOLEMAN OBO          )  No. ED CV 13-02169 RZ
    JASON BOYLE,                 )
12                               )  ~~PROPOSED~~ ORDER AWARDING
                                 )  **ATTORNEY FEES UNDER THE**
13      Plaintiff,               )  **EQUAL ACCESS TO JUSTICE**
                                 )  **ACT, PURSUANT TO 28 U.S.C.**
14          v.                   )  **§ 2412(d), AND COSTS, PURSUANT**
                                 )  **TO 28 U.S.C. § 1920**
15  CAROLYN W. COLVIN,           )
16  Acting Commissioner of Social)
    Security,                    )
17                               )
18      Defendant.               )
    _____

19      Based upon the parties' Stipulation for the Award and Payment of Equal

20  Access to Justice Act (EAJA) Fees and Costs, IT IS ORDERED that Plaintiff shall

21  be awarded attorney fees under the EAJA in the amount of FOUR THOUSAND

22  NINE HUNDRED EIGHTEEN dollars and 63/CENTS ($4,918.63), and costs

23  under 28 U.S.C. § 1920, in the amount of FOUR HUNDRED dollars and

24  00/CENTS ($400.00), ~~subject to the terms of the above-referenced Stipulation~~.

25  Any payment shall be delivered to Plaintiff

26

27  Dated: February 23, 2015      _____
28                                     RALPH ZAREFSKY
                                  UNITED STATES MAGISTRATE JUDGE

1